ACCEPTED
06-15-00105-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/7/2015 10:59:18 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00105-CR

| | |
|---|---|
| WINSTON CLAYTON HOLT | IN THE COURT OF APPEALS |
| VS. | SIXTH APPELLATE DISTRICT |
| THE STATE OF TEXAS | STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/7/2015 10:59:18 AM
DEBBIE AUTREY
Clerk

### MOTION TO DISMISS UNDER RULE 42.2, RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF SAID COURT:

Winston Clayton Holt, Appellant, moves the Court to dismiss his appeal in this cause pursuant to Rule 42.2 Rules of Appellate Procedure and shows that this action is taken pursuant to a plea bargain in other cases.

WHEREFORE, Winston Clayton Holt, Appellant, moves that this cause be dismissed.

Respectfully submitted,

James P. Finstrom
Counsel for Appellant
P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
jpfinstrom@sbcglobal.net
Texas Bar #07038000

Winston Clayton Holt

## CERTIFICATE OF SERVICE

I certify that I have delivered a true copy of this brief to Hon. Angela Smoak, counsel for the State by e-mail, and to Appellant by hand-delivery, on this 7th day of August, 2015.

James P. Finstrom